```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 39958
   LEVON J FRANKLIN
   ELLYN J FRANKLIN                             CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-6040     SSN XXX-XX-0171

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/23/2005 and was confirmed 11/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  25.06% from remaining funds.

     The case was paid in full 11/06/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING CURRENT MORTG         .00             .00            .00
CITI RESIDENTIAL LENDING MORTGAGE ARRE     5217.79             .00        5217.79
ARCHER DEPOT FEDERAL CU  SECURED           3500.00          262.48        3500.00
CHASE MANHATTAN MORTGAGE CURRENT MORTG         .00             .00            .00
CHASE MANHATTAN MORTGAGE MORTGAGE ARRE      425.00             .00         425.00
RESURGENT CAPITAL SERVIC SECURED               .00             .00            .00
RESURGENT CAPITAL SERVIC UNSECURED         1013.23             .00         253.68
GE CONSUMER FINANCE      SECURED            200.00           15.53         200.00
GE CONSUMER FINANCE      UNSECURED       NOT FILED             .00            .00
77TH ST DEPOT FEDERAL C  UNSECURED       NOT FILED             .00            .00
AMERICAN EXPRESS TRAVEL  UNSECURED          2543.50            .00         636.82
AMERICASH LOANS          UNSECURED       NOT FILED             .00            .00
BANK ONE                 UNSECURED       NOT FILED             .00            .00
BANKFIRST MASTERCARD     UNSECURED       NOT FILED             .00            .00
OLIPHANT FINANCIAL CORP  UNSECURED          2218.46            .00         555.44
BLUE CROSS BLUE SHIELD   UNSECURED       NOT FILED             .00            .00
CAPITAL ONE              UNSECURED          2886.16            .00         722.61
RESURGENT CAPITAL SERVIC UNSECURED OTH      6294.58            .00        1584.09
RESURGENT CAPITAL SERVIC UNSECURED          2586.04            .00         647.47
CITIFINANCIAL WICKES     UNSECURED       NOT FILED             .00            .00
CITY OF CHICAGO PARKING  UNSECURED           100.00            .00          25.12
COMMONWEALTH EDISON      UNSECURED       NOT FILED             .00            .00
ROUNDUP FUNDING LLC      UNSECURED          1215.56            .00         304.34
DIRECT TV                UNSECURED       NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED          1789.62            .00         448.07
ECAST SETTLEMENT CORP    UNSECURED          5179.84            .00        1298.07
NICOR GAS                UNSECURED          2074.94            .00         519.50
NORTH STAR CREDIT UNION  UNSECURED          4078.32            .00        1021.09
PORTFOLIO RECOVERY ASSOC UNSECURED          3743.64            .00         937.30
ST FRANCIS HOSPITAL-EVAN UNSECURED       NOT FILED             .00            .00
AT & T BANKRUPCTY        UNSECURED          1095.83            .00         274.36
SEARS PAYMENT CENTER     UNSECURED       NOT FILED             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 39958 LEVON J FRANKLIN & ELLYN J FRANKLIN
```

```
T MOBILE                    UNSECURED        406.32         .00         101.73
TARGET NATIONAL BANK        UNSECURED       2005.14         .00         502.03
ARCHER DEPOT FEDERAL CU     UNSECURED        299.39         .00          74.96
ASPIRE                      UNSECURED        701.85         .00         175.72
NCO FINANCIAL SYSTEMS       NOTICE ONLY    NOT FILED        .00            .00
CAPITAL ONE                 NOTICE ONLY    NOT FILED        .00            .00
CREDITORS INTERCHANGE LL    NOTICE ONLY    NOT FILED        .00            .00
UNITED RECOVERY SYSTEMS     NOTICE ONLY    NOT FILED        .00            .00
TARGET                      NOTICE ONLY    NOT FILED        .00            .00
ALLIED INTERSTATE           NOTICE ONLY    NOT FILED        .00            .00
OMNIUM WORLDWIDE            NOTICE ONLY    NOT FILED        .00            .00
ROUNDUP FUNDING LLC         UNSECURED       5342.72         .00        1338.89
ZALUTSKY & PINSKI LTD       DEBTOR ATTY    2,594.00                    2,594.00
TOM VAUGHN                  TRUSTEE                                    1,563.91
DEBTOR REFUND               REFUND                                       720.00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                25,920.00

PRIORITY                                              .00
SECURED                                          9,342.79
     INTEREST                                      278.01
UNSECURED                                       11,421.29
ADMINISTRATIVE                                   2,594.00
TRUSTEE COMPENSATION                             1,563.91
DEBTOR REFUND                                      720.00
                       ---------------        ---------------
TOTALS                 25,920.00                25,920.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/26/09                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE